■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES H. RANDALL, Appellant.—Judgment, insofar as appealed from, unanimously reversed, on the law, defendant's motion granted, and first count of indictment dismissed. Memorandum: Accepting the evidence most favorable to the prosecution, we conclude that the prosecution failed to meet its burden as a matter of law and that defendant's motion for a dismissal at the conclusion of the trial should have been granted. (Appeal from judgment of Monroe County Court, Connell, J.—driving while intoxicated.) Present—Doerr, J. P., Boomer, Balio, Lawton and Schnepp, JJ.